**Order entered October 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00220-CR

**ANTHONY QUINN RIDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-76651-P**

## ORDER

Before the Court is the October 29, 2020 motion to substitute counsel filed by Michael Levine. We **GRANT** the motion and **DIRECT** the Clerk to remove Valencia Bush as appellant's counsel and list Michael Levine as retained counsel for appellant. All future correspondence should be sent to Mr. Levine at the address on file with the Court.

We **ORDER** appellant's brief due on December 14, 2020.

/s/     LANA MYERS
         JUSTICE